**Nicholas RIBAUDO, Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.**

**No. 2007–7187.**

United States Court of Appeals, Federal Circuit.

May 14, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).